## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 14, 2023

Mr. Robert Vaughan Cornish Jr.
Cornish Law Offices
1701 Pennsylvania Avenue
Suite 200
Washington, DC 20006

Mr. Richard E. Hillary II
Miller Johnson
45 Ottawa Avenue, S.W.
Suite 1100
Grand Rapids, MI 49503

Mr. Neil Joseph Marchand
Miller Johnson
45 Ottawa Avenue, S.W.
Suite 1100
Grand Rapids, MI 49503

        Re:  Case No. 23-1012, *Howmet Aerospace, Inc. v. John Corrigan, et al*
           Originating Case No. : 1:22-cv-00713

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator

cc:  Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 23-1012

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HOWMET AEROSPACE, INC., a Delaware Corporation

    Plaintiff - Appellee

v.

JOHN CORRIGAN; NICHOLAS G. LIRONES; ESTATE OF RONALD WARD

    Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 14, 2023