UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWMET AEROSPACE, INC.,

    Plaintiff,

v.

                                 Case No. 1:22-cv-713

                                 Hon. Hala Y. Jarbou

JOHN CORRIGAN, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion and order entered this date the Plaintiff's motion to dismiss (ECF No. 16) and motion for judgment on the pleadings (ECF No. 32) are **GRANTED**.

This is an action for declaratory judgment brought pursuant to 28 U.S.C. §§ 2201 and 2202. This **DECLARATORY JUDGMENT** is rendered in favor of Plaintiff Howmet Aerospace, Inc. against Defendants John Corrigan, Nicholas G. Lirones, and the Estate of Ronald Ward pursuant to 28 U.S.C. § 2201 as follows.  The Court **ADJUDGES and DECLARES** that Plaintiff Howmet Aerospace, Inc. has fully discharged its obligations to the Defendants under the Pechiney Corporation Deferred Compensation Plan.  It properly terminated the Plan as to John Corrigan, Nicholas G. Lirones, and Ronald Ward during their lifetimes.  As a result of that termination, pursuant to the terms of the Plan, no payment is or was owed upon their death.

Dated: July 14, 2023                           /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE